FILED
CHARLOTTE, NC
NOV 07 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Civil Division

| | | |
|---|---|---|
| Devi Elizabeth Nampiaparampil,<br>Mary Joseph Nampiaparampil,<br>Xavier Joseph Nampiaparampil,<br>Metropolis Pain Medicine PLLC, and<br>Dr. Devi For NYC<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>The New York City Campaign Finance Board,<br>Maxim Picardi Maiello, Joseph Thomas Gallagher,<br>David Sumner Thayer, The City of New York<br>(and see attached)<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. 3:25-cv-894-MOC<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Devi Elizabeth Nampiaparampil |
| Street Address | 111 John Street Suite 2509 |
| City and County | New York, New York |
| State and Zip Code | New York, 10019 |
| Telephone Number | 312-523-5935 (cell) |
| E-mail Address | devichechi@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The New York City Campaign Finance Board |
| Job or Title *(if known)* | |
| Street Address | 100 Church Street 12th Floor |
| City and County | New York, New York County |
| State and Zip Code | New York, 10007 |
| Telephone Number | 212-409-1800 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Maxim Picardi Maiello |
| Job or Title *(if known)* | Assistant Counsel, Office of Corporation Counsel, New York |
| Street Address | 18 Dan Jennings Road |
| City and County | Oak Ridge, Passaic County |
| State and Zip Code | New Jersey, 07438 |
| Telephone Number | 718-714-2731 |
| E-mail Address *(if known)* | mamaiello@law.nyc.gov |

Defendant No. 3

| | |
|---|---|
| Name | Joseph Thomas Gallagher |
| Job or Title *(if known)* | General Counsel, NYC Campaign Finance Board |
| Street Address | 212 Sullivan Street Apartment A7 |
| City and County | New York, New York County |
| State and Zip Code | New York, 10007 |
| Telephone Number | 212-409-1800 |
| E-mail Address *(if known)* | jgallagher@nyccfb.info |

Defendant No. 4

| | |
|---|---|
| Name | David Sumner Thayer |
| Job or Title *(if known)* | Senior Counsel, Office of Corporation Counsel, New York |
| Street Address | 309 West 128th Street Unit 4B |
| City and County | New York, New York County |
| State and Zip Code | New York 10027 |
| Telephone Number | 212-356-2649 |
| E-mail Address *(if known)* | dthayer@law.nyc.gov |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Section 1983: Deprivation of Constitutional Rights Under the Color of Law:
First, Fourth, Fifth, Thirteenth, and Fourteenth Amendments

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________, is a citizen of the State of *(name)* ________________. Or is a citizen of *(foreign nation)* ________________.

b. If the defendant is a corporation

The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________. Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Events giving rise to the claim began outside North Carolina but were materially enforced inside this District — including during proceedings at the Charles R. Jonas Federal Courthouse in Charlotte, where Plaintiffs appeared in person at a Judicial Panel on Multidistrict Litigation (JPML) hearing and were subjected to continued enforcement of unconstitutional policies by Defendants-- including but not limited to a "Lawyer Ban." These injuries directly impacted Plaintiffs, causing concrete injuries that continue to affect their access to the courts.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On and about March 27, 2025 during the JPML hearing held in Charlotte, North Carolina

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attached Supplement to the Verified Complaint and Request for Injunction. The attached document contains a detailed account of the constitutional injuries suffered by Plaintiffs, including retaliatory and discriminatory enforcement of campaign finance laws, categorical denial of accecss to counsel, and federal procedural manipulation. Plaintiffs incorporate the attached Complaint by reference.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiffs are suffering ongoing constitutional injuries that cannot be measured in monetary terms. These include loss of access to legal counsel, First Amendment retaliation, systemic silencing, and manipulation of court processes in a manner that prevents fair judicial review.
Plaintiffs have also been subjected to prolonged audits, reputational harm, denial of meaningful participation in elections and legal proceedings, and chilling of past, present and future political and legal speech. These harms are ongoing and are not compensable through damages alone.
Additionally, the ongoing Lawyer Ban obstructs Plaintiffs' ability to even pursue monetary damages, creating a structural barrier that requires injunctive and declaratory relief to restore fundamental rights.
Plaintiffs respectfully refer the Court to the attached Supplement to the Verified Complaint and Request for Injunction for a full description of the continuing and irreparable harms suffered. Without immediate judicial intervention, the systemic suppression of Plaintiffs' rights will continue unchecked — harming not only Plaintiffs but also others similarly chilled or barred from legal redress, which is why Plaintiffs appeared before the JPML.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory and punitive damages for economic losses, reputational harm, and constitutional injuries suffered by Plaintiffs, including the lost income and diminished business value sustained by Plaintiff Metropolis Pain Medicine PLLC.
Injunctive and declaratory relief to halt ongoing retaliation against Plaintiff Dr. Devi For NYC and its individual members; to stop unconstitutional enforcement practices; and to enjoin the obstruction of access to legal counsel.
Attorneys' fees (should the Lawyer Ban be enjoined), costs, and any additional relief the Court deems just and proper

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/27/25

Signature of Plaintiff [signature]

Printed Name of Plaintiff Devi Nampiaparampil

- also for Metropolis Pain Medicine PLLC and Dr. Devi For NYC (PAC)

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

E-mail Address ______________

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/27/25

Signature of Plaintiff: Mary Joseph Nampiaparampil

Printed Name of Plaintiff: MARY JOSEPH NAMPIAPARAMPIL

### B. For Attorneys

Date of signing: ______

Signature of Attorney: ______

Printed Name of Attorney: ______

Bar Number: ______

Name of Law Firm: ______

Street Address: ______

State and Zip Code: ______

Telephone Number: ______

E-mail Address: ______

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/27/2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff XAVIER JOSEPH NAMPIAPARAMPIL

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

E-mail Address ______________

**COMPLAINT (CONT.)**

**FROM FACE SHEET:**
**List of Defendants (cont from page 1):**

Bethany Perskie
Amy Loprest
David Duhalde
Hannah Egerton
Matthew Sollars
Jaclyn Williams
Frederick Schaffer, and
The New York City Department of Sanitation Enforcement Division

**1. The Parties to the Complaint (Cont. from page 1)**

A. The Plaintiffs (cont from page 1).

Mary Joseph Nampiaparampil
12 Columbia Road
Ardsley, Westchester County
New York 10502
914-720-5550
mnampi@gmail.com

Xavier Joseph Nampiaparampil
12 Columbia Road
Ardsley, Westchester County
New York 10502
914-720-5533
xjnampi@gmail.com

Metropolis Pain Medicine PLLC
111 John Street Suite 2509
New York, New York County
New York, 10019
347-424-4996
metropolispainmedicine@gmail.com

Dr. Devi For NYC
111 John Street Suite 2509
New York, New York County
New York, 10019
312-523-5935
DrDeviForNYC@gmail.com

B. The Defendants (cont. From page 2)
(Completed to the best of Plaintiffs' abilities)
*Providing additional contact information for Defendants named on form

*Defendant No. 1:**
New York City Campaign Finance Board
100 Church Street 12th Floor
New York, New York County
New York, 10007
+Represented by David Sumner Thayer in related proceedings in the Southern District of New York (SDNY)
++Represented by Maxim Picardi Maiello in related proceedings in the Eastern District of New York (EDNY) and in related proceedings before the Judicial Panel on Multidistrict Litigation (JPML)
+++ Represented by Joseph Thomas Gallagher in related proceedings in the New York State Supreme Court (NYS Sup Ct)

*Defendant No. 2:**
Maxim Picardi Maiello
Assistant Counsel, Office of Corporation Counsel, New York
Home Address:
18 Dan Jennings Road
Oak Ridge,
New Jersey, 07438
mamaiello@law.nyc.gov
Work Address:
100 Church Street 2nd Floor
New York, New York County
New York 10007

*Defendant No. 3:**
Joseph Thomas Gallagher
General Counsel, NYC Campaign Finance Board
Home Address:
212 Sullivan Street, Apt. A7
New York, New York County
New York 10012
212-409-1800
jgallagher@nyccfb.info
Work Address:
100 Church Street 12th Floor
New York, New York County
New York, 10007
+Represented by David Sumner Thayer in related proceedings in the SDNY

*Defendant No. 4:**
David Sumner Thayer
Senior Counsel, Office of Corporation Counsel, New York
Home Address:
309 West 128th Street Unit 4B
New York, New York County
New York 10027
212-356-2649
dthayer@law.nyc.gov
Work Address:
100 Church Street 2nd Floor
New York, New York County
New York, 10007

*Defendant No. 5:*
The City of New York
℅ Office of Corporation Counsel
100 Church Street 2nd Floor
New York, New York County
New York, 10007
+Represented by David Sumner Thayer in related proceedings in the SDNY
++Represented by Maxim Picardi Maiello in related proceedings in the EDNY and before the JPML

*Defendant No. 6:*
Bethany Perskie
Home Address:
80 Cranberry Street Apt. 3G
Brooklyn, Kings County
New York 11201-1120
Work Address:
28 Liberty Street 15th Floor
New York, New York County
New York, 10005
+Represented by David Sumner Thayer in related proceedings in the SDNY

*Defendant No. 7:*
Amy Loprest
Former Executive Director, NYC Campaign Finance Board (Retired)
Home Address:
227 Greene Avenue
Brooklyn, Kings County
New York, 11238
+Represented by David Sumner Thayer in related proceedings in the SDNY

*Defendant No. 8:*
David Duhalde
Home Address:
148 Parkside Avenue #2A
Brooklyn, Kings County
New York, 11226
dduhalde@nyccfb.info
Work Address:
100 Church Street 12th Floor
New York, New York County
New York, 10007
+Represented by David Sumner Thayer in related proceedings in the SDNY

*Defendant No. 9:*
Hannah Egerton
Home Address:
678 Lincoln Place Apt. 2F
Brooklyn, Kings County
New York, 11216

hegerton@nyccfb.info
Work Address:
100 Church Street 12th Floor
New York, New York County
New York, 10007
+Represented by David Sumner Thayer in related proceedings in the SDNY

*Defendant No. 10:*
Matthew Sollars
Home Address:
10 the Fenway
Hastings on Hudson, Westchester County
New York, 10706
718-793-2211
Work Address:
29 West 38th Street, 14th Floor
New York, New York County
New York, 10018
+Represented by David Sumner Thayer in related proceedings in the SDNY

*Defendant No. 11:*
Jaclyn Williams
Home Address:
Unknown
Work Address:
12 West 37th Street 7th Floor
New York, New York County
New York, 10018
+Represented by David Sumner Thayer in related proceedings in the SDNY

*Defendant No. 12:*
Frederick Schaffer
Home Address:
924 West End Avenue Apt. 85
New York, New York County
New York, 10025
Work Address:
100 Church Street 12th Floor
New York, New York County
New York 10007

+Represented by David Sumner Thayer in related proceedings in the SDNY

*Defendant No. 13:*
New York City Department of Sanitation Enforcement Division
1824 Shore Parkway SE
Brooklyn, Kings County
New York
+Represented by David Sumner Thayer in related proceedings in the SDNY
++Represented by Maxim Picardi Maiello in related proceedings in the EDNY and in related proceedings before the JPML